IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Aaron Dean Dunlap,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Capital Management Services, L.P.<br><br>　　　　Defendant | No.: 2:17-cv-887-RSM_<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO MEET AND CONFER PURSUANT TO RULE 26(f) AND TO FILE A JOINT STATUS REPORT AND DISCOVERY PLAN** |

This cause having come before the court on the Consent Motion for Extension of Time to Meet and Confer Pursuant to Rule 26(f) and to File a Joint Status Report and Discovery Plan, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. The Parties shall meet and confer and file a Joint Status Report within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in chambers this 1 day of August 2017.

　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE